IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| E.M., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE NO. |
| v. | : | 1:22-cv-02559-WMR |
| | : | |
| TUCKER INN, INC., d/b/a, | : | |
| AMERICA'S BEST VALUE INN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**PLAINTIFF'S MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF DEFENDANT'S REBUTTAL EXPERTS DAVID S. PRESCOTT AND DR. KIMBERLY MEHLMAN-OROZCO**

COMES NOW, Plaintiff and hereby moves to exclude, in whole or in part, the opinions of Defendant's rebuttal experts David S. Prescott and Kimberly Mehlman-Orozco. Plaintiff asks the Court to exclude the experts in total, or, in the alternative, as to the topics discussed in Plaintiff's brief.

Along with this Motion, Plaintiff submits her brief in support for the Court's review.

Respectfully submitted this 2nd day of January, 2024.

                                                       **ANDERSEN, TATE, and CARR, P.C.**

                                                       */s/ Patrick J. McDonough*
                                                       Patrick J. McDonough
                                                       Georgia Bar No. 489855

                                      pmcdonough@atclawfirm.com
                                      Trinity Hundredmark
                                      Georgia Bar No. 140808
                                      thundred@atclawfirm.com
                                      Jonathan S. Tonge
                                      Georgia Bar No. 303999
                                      jtonge@atclawfirm.com
                                      *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1D, Counsel certifies that the foregoing document complies with the font and point selections approved by the Court in L.R. 5.1.C. This document was prepared using Times New Roman 14-point font.

Respectfully submitted this 2nd day of January, 2024.

                                    **ANDERSEN, TATE, and CARR, P.C.**

                                    ***/s/ Patrick J. McDonough***
                                    Patrick J. McDonough
                                    Georgia Bar No. 489855
                                    pmcdonough@atclawfirm.com
                                    Trinity Hundredmark
                                    Georgia Bar No. 140808
                                    thundred@atclawfirm.com
                                    Jonathan S. Tonge
                                    Georgia Bar No. 303999
                                    jtonge@atclawfirm.com
                                    *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| E.M., | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION FILE NO. |
| v. | : | 1:22-cv-02559-WMR |
| | : | |
| TUCKER INN, INC., d/b/a, | : | |
| AMERICA'S BEST VALUE INN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that Plaintiff by and through her attorneys delivered a true and correct copy of the foregoing, filed with the Court in the above-styled case, by electronic service through filing in the Court's electronic case files ("ECF") system which will automatically send notification of such filing to the attorneys of record.

Respectfully submitted this 2nd day of January, 2024.

                                            **ANDERSEN, TATE, and CARR, P.C.**

                                            */s/ Patrick J. McDonough*
                                            Patrick J. McDonough
                                            Georgia Bar No. 489855
                                            pmcdonough@atclawfirm.com
                                            Trinity Hundredmark
                                            Georgia Bar No. 140808
                                            thundred@atclawfirm.com

                                              Jonathan S. Tonge
                                              Georgia Bar No. 303999
                                              jtonge@atclawfirm.com
                                              *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile