IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| E.M.,<br><br>      Plaintiff,<br><br>v.<br><br>TUCKER INN INC. d/b/a<br>AMERICA'S BEST VALUE INN,<br><br>      Defendant. | CIVIL ACTION FILE NO.<br><br>1:22-CV-02559-WMR |

**DEFENDANT'S REQUEST FOR ORAL ARGUMENT
ON PLAINTIFF'S MOTION TO EXCLUDE THE REPORT AND
TESTIMONY OF DEFENDANT'S REBUTTAL EXPERTS**

COMES NOW, TUCKER INN INC. d/b/a AMERICA'S BEST VALUE INN ("Defendant"), and pursuant to Local Rule 7.1(E), hereby requests this Court to grant oral argument on Plaintiff's Motion to Exclude the Report and Testimony of Defendant's Rebuttal Experts David S. Prescott and Kimberly Mehlman-Orozco and Defendant's Brief in Opposition in the above-styled civil action.

Respectfully submitted, this 16th day of January, 2024.

                                   SWIFT, CURRIE, McGHEE & HIERS

                                   By:  *Kori E. Wagner*
                                            Kori E. Wagner
                                            Georgia State Bar No. 155438
                                            Marissa H. Merrill
                                            Georgia State Bar No. 216039
                                            Tracy A. Gilmore
                                            Georgia State Bar No. 633193

               ***Attorneys for Defendant Tucker Inn Inc.***
               ***d/b/a America's Best Value Inn***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel: 404.888.6162
Fax: 404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## **CERTIFICATE OF COMPLIANCE**

Counsel hereby certifies that this document has been prepared with one of the font and point selections approved by the Court pursuant to L.R. 5.1(C) of the Northern District of Georgia, specifically, 14 point, Times New Roman font.

                SWIFT, CURRIE, McGHEE & HIERS

                By:  *Kori E. Wagner*
                      Kori E. Wagner
                      Georgia State Bar No. 155438
                      Marissa H. Merrill
                      Georgia State Bar No. 216039
                      Tracy A. Gilmore
                      Georgia State Bar No. 633193
                      ***Attorneys for Defendant Tucker Inn Inc.***
                      ***d/b/a America's Best Value Inn***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6162
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

This is to certify that on the 16th day of January, 2024, I have caused to be served upon counsel for all parties a true and correct copy of the foregoing **DEFENDANT'S REQUEST FOR ORAL ARGUMENT ON PLAINTIFF'S MOTION TO EXCLUDE THE REPORT AND TESTIMONY OF DEFENDANT'S REBUTTAL EXPERTS** by filing same through use of the Court's online filing system, the CM/ECF system for the United States District Court for the Northern District of Georgia, which will serve all counsel of record.

SWIFT, CURRIE, McGHEE & HIERS

By: *Kori E. Wagner*
    Kori E. Wagner
    Georgia State Bar No. 155438
    Marissa H. Merrill
    Georgia State Bar No. 216039
    Tracy A. Gilmore
    Georgia State Bar No. 633193
    ***Attorneys for Defendant Tucker Inn Inc.***
    ***d/b/a America's Best Value Inn***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6162
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4873-8907-5358, v. 1

4