IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **E.M.**<br><br>Plaintiff(s),<br><br>v.<br><br><br><br>**Tucker Inn, Inc.** d/b/a as America's Best Value Inn<br><br>Defendant(s). | CIVIL ACTION FILE<br>NO. 1:22-cv-2559-WMR |

## NOTICE OF HEARING

Notice is hereby given that the Court schedules a Pretrial Conference in this case for Monday, October 21, 2024 at 9:30 a.m. before the Honorable William M. Ray, II. The hearing will take place in Courtroom 1705 of the Richard B. Russell Federal Building located at 2211 United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309.

This 25th day of July, 2024.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE