# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| E.M.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TUCKER INN INC. d/b/a<br>AMERICA'S BEST VALUE INN,<br><br>　　　　Defendant. | CIVIL ACTION FILE NO.<br><br>1:22-CV-02559-WMR |

## JOINT MOTION TO STAY DEADLINE TO SUBMIT CONSOLIDATED PRETRIAL ORDER

COMES NOW, Plaintiff E.M. and Defendant Tucker Inn Inc. d/b/a America's Best Value Inn, by and through their undersigned counsel, respectfully move this Court to stay the deadline for the Parties to submit a proposed consolidated pretrial order, and in support thereof, show as follows:

1.

Pursuant to this Court's Standing Order Regarding Civil Litigation, the Parties are required to submit a proposed consolidated Pretrial Order within thirty (30) days after the entry of an order ruling on the motion for summary judgment unless a specific date is set.

1

2.

Defendant filed a Motion for Summary Judgment in this case and an Order denying Defendant's Motion for Summary Judgment was entered on July 15, 2024.

3.

As no specific date for the submission of a proposed consolidated pretrial order has been set in this case, the Parties' submission is due within thirty (30) days of entry of the Order denying summary judgment, which is August 14, 2024.

4.

On July 25, 2024, Defendant filed its Motion and Supporting Brief for Certification of Interlocutory Appeal.

5.

Plaintiff filed her Response to Defendant's Motion and Supporting Brief for Certification of Interlocutory Appeal on August 2, 2024.

6.

The Motion for Certification of Interlocutory Appeal is still pending.

7.

The parties have conferred and agree that the issue regarding the pending request for appeal should be resolved prior to the submission of a proposed

consolidated pretrial order to ensure that all appropriate matters are included in the proposed consolidated pretrial order.

8.

Therefore, the Parties respectfully request that this Honorable Court stay the deadline for the Parties to submit a proposed consolidated pretrial order. The Parties further request that they have twenty (20) days from the entry of an Order on the request for interlocutory appeal if denied or twenty (20) days from the entry of an Opinion from the 11th Circuit if granted and if necessary to submit their proposed consolidated pretrial order.

Respectfully submitted this 9th day of August, 2024.

**ANDERSEN, TATE & CARR, P.C.**

<u>/s/ Trinity Hundredmark</u> **_(signed with_** <u>**_express permission by Kori E._**</u> <u>**_Wagner)_**</u>
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Trinity Hundredmark
Georgia Bar No. 140808
thundred@atclawfirm.com
*Attorneys for Plaintiffs*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

        **SWIFT CURRIE McGHEE & HIERS, LLP**

        */s/ Kori E. Wagner*
        Kori E. Wagner
        Georgia State Bar No. 155438
        Marissa H. Merrill
        Georgia State Bar No. 216039
        Tracy A. Gilmore
        Georgia State Bar No. 633193
        ***Attorneys for Defendant***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:   404.888.6162
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed a true and correct copy of the within and foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send an e-mail notification of such filing to all counsel of record.

Respectfully submitted this 9th day of August, 2024.

                                  **SWIFT CURRIE McGHEE & HIERS, LLP**

                                  */s/ Kori E. Wagner*
                                  Kori E. Wagner
                                  Georgia State Bar No. 155438
                                  Marissa H. Merrill
                                  Georgia State Bar No. 216039
                                  Tracy A. Gilmore
                                  Georgia State Bar No. 633193
                                  ***Attorneys for Defendant***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6162
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

# CERTIFICATE OF COMPLIANCE

Pursuant to Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted this 9th day of August, 2024.

                              **SWIFT CURRIE McGHEE & HIERS, LLP**

                              */s/ Kori E. Wagner*
                              Kori E. Wagner
                              Georgia State Bar No. 155438
                              Marissa H. Merrill
                              Georgia State Bar No. 216039
                              Tracy A. Gilmore
                              Georgia State Bar No. 633193
                              ***Attorneys for Defendant***

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:  404.888.6162
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4878-5040-5590, v. 1