# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| E.M., <br><br> Plaintiff, <br><br> v. <br><br> TUCKER INN INC. d/b/a <br> AMERICA'S BEST VALUE INN, <br><br> Defendant. | CIVIL ACTION FILE NO. <br><br> 1:22-CV-02559-WMR |

## [PROPOSED] ORDER GRANTING STAY OF DEADLINE TO SUBMIT PROPOSED CONSOLIDATED PRETRIAL ORDER

HAVING REVIEWED the Parties' Joint Motion to Stay Deadline to Submit Consolidated Pretrial Order, and finding good cause, the Court GRANTS the Parties' Motion and stays the deadline for the parties to submit a proposed consolidated pretrial order. The parties shall submit a proposed consolidated pretrial order within twenty (20) days after entry of an Order resolving the pending motion for certification for interlocutory appeal or within twenty (20) days after entry of an Opinion by the 11th Circuit, if necessary.

**SO ORDERED**, this _____ day of _____, 2024.

_____
**WILLIAM M. RAY, II**
United States District Judge

Consented and Prepared by:

ANDERSEN, TATE, & CARR, P.C.
Patrick J. McDonough
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
Jonathan S. Tonge
Georgia Bar No. 303999
jtonge@atclawfirm.com
Trinity Hundredmark
Georgia Bar No. 140808
thundred@atclawfirm.com
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Telephone: (770) 822-0900
Facsimile: (770) 822-9680
*Attorneys for Plaintiff*

SWIFT, CURRIE, McGHEE & HIERS
Kori E. Wagner
Georgia State Bar No. 155438
kori.wagner@swiftcurrie.com
Marissa H. Merrill
Georgia State Bar No. 216039
marissa.merrill@swiftcurrie.com
Tracy A. Gilmore
Georgia State Bar No. 633193
tracy.gilmore@swiftcurrie.com
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Telephone: (404) 888-6162
Facsimile:  (404) 888-6199
*Attorneys for Defendant*

4884-5359-8934, v. 1