# Exhibit A: CIVIL QUALIFYING JURY QUESTIONS

1. Does any member of the panel know or are you related to (Plaintiff's attorney)

   - Patrick J. McDonough
   - Trinity Hundredmark
   - Jonathan S. Tonge
   - Jennifer Webster

2. Does any member of the panel know any employees of, or has any member of the panel or their immediate family worked for or been represented by, the law firm Andersen, Tate & Carr, P.C.?

3. Does any member of the panel know or are you related to

   - Kori E. Wagner
   - Marissa H. Merrill
   - Tracey A. Gilmore

4. Does any member of the panel know any employees of, or has any member of the panel or their immediate family worked for or been represented by the law firm of Swift, Currie, McGhee & Heirs, LLP?

5. Does anyone know or are you related to Plaintiff in the case?

6. Does anyone know, or have any relation to, the Defendant Tucker Inn, Inc. doing business as America's Best Value Inn located at 1600 Crescent Centre Blvd., Tucker GA 30084, or any of the following individuals associated with it:

   - Umesh Patel
   - Ramesh Patel
   - Apurva Patel
   - Vinay Patel

7. Does anyone know any of the following individuals who may be witnesses in this case? [Witnesses listed]

8.  Is there anyone here who would not be able to render a verdict solely on the evidence presented at trial and in the context of the law as I will give it to you in my instructions?

9.  Based on the hours and length of this trial, is there anyone for whom service on the jury for this time period would cause an extraordinary and unusual hardship?

10. Does any juror have any health-related problems, such as impaired hearing or eyesight, the taking of certain medications, or any other concern that might affect your ability to serve as a juror?

11. Does any juror have difficulty reading or understanding the English language?

12. Does any juror hold any belief, religious or otherwise, which discourages or prevents jury service?

13. Has anyone ever been convicted of a felony?

14. Is there anyone here who is not a U.S. Citizen?

15. Is there anyone here who is not at least 18 years old?

16. Is there anyone here who does not live in this division of the Northern District of Georgia, which includes Cherokee, Clayton, Cobb, Dekalb, Douglas, Fulton, Gwinnett, Henry, Newton, and Rockdale counties?