**ATTACHMENT F-1 – PLAINTIFF'S WITNESS LIST**

| Witness | Address/Contact Information | May or Will Call | Objections |
|---|---|---|---|
| E.M. | Andersen, Tate & Carr, P.C. | Will | |
| D.H. | Andersen, Tate & Carr, P.C. | May | |
| T.W. | Andersen, Tate & Carr, P.C. | May | |
| G.W. | Andersen, Tate & Carr, P.C. | May | |
| E.P. | Andersen, Tate & Carr, P.C. | May | |
| A.J. | Andersen, Tate & Carr, P.C. | May | |
| J.J. | 216 Northern Ave., Avondale Estates, GA  30002 | May | |
| T.P. | 4974 Memorial Dr. Stone Mountain, GA 30083 | May | |
| Vera Williams | Lee Arrendale State Prison, 2030 Gainesville Highway, Alto, Georgia 30510 | May | |
| Tonya Harris | 124 Camry Lane SW Grayson, GA 30017 | May | |
| Chelsea Lively | 5233 Starling Dr., Apt G Charleston, WV 25306 | May | |
| Detra Saffo | 2699 Whispering Pine Dr. Montgomery, AL 36116 | May | |
| LaPortia Lang | 3306 Amber Meadow Dr. Katy, TX 77449 | May | |
| S.C. | 8189 Mountain Pass Riverdale, GA 30274 | May | |
| Veronica Seigle | 1600 Crescent Centre Blvd | May | |

| Witness | Address/Contact Information | May or Will Call | Objections |
|---|---|---|---|
| | Tucker GA 30084 | | |
| Jordan Michelle Ehrlich | 2394 Morrison Rd SW Conyers, GA 30094 | May | |
| Arlene Brianna Terry | 9901 Ohio Street Detroit, MI 48204 | May | |
| Nicola Gray | 22 Willow Ln Riverdale, GA 30296 | May | |
| Alexis Marie Johnson | 9901 Ohio Street Detroit, MI 48204 | May | |
| Donald E. Dejarnette | 1960 W. Exchange Place, Tucker, GA. 30084 | May | |
| Erin Gibbs | 1127 3rd Street Stone Mountain, GA 30083 | May | |
| Det. D.M. Wilson | 2484 Bruce Street Lithonia, GA 30058 | May | |
| Sergeant Hubert Brannon | 185 Central Ave SW Atlanta, GA 30303 | May | |
| Detective M. Johnson | 1960 W. Exchange Place, Tucker, GA. 30084 | May | |
| Detective C.D. King | 120 Henry Pkwy McDonough, GA 30253 | May | |
| Officer Hill | 1960 W. Exchange Place, Tucker, GA. 30084 | May | |
| Detective K.L. Turner | 2484 Bruce St Lithonia, GA 30058 | May | |

| Witness | Address/Contact Information | May or Will Call | Objections |
|---|---|---|---|
| Sergeant Kennedy | 1960 W. Exchange Place, Tucker, GA. 30084 | May | |
| Detective Natasha K. Tyner-Edmonson | 1960 W. Exchange Place, Tucker, GA. 30084 | May | |
| Officer T.S. Schofield | 1960 W. Exchange Place, Tucker, GA. 30084 | May | |
| Officer Z. Howard | 1960 W. Exchange Place, Tucker, GA. 30084 | May | |
| Officer D.L. Craig | 1960 W. Exchange Place, Tucker, GA. 30084 | May | |
| Officer S.R. Batchelder | 1960 W. Exchange Place, Tucker, GA. 30084 | May | |
| Officer Cory Gill | 4800 Ashford Dunwoody Rd Ste 200 Dunwoody, GA 30338 | May | |
| Officer D.A. Williams | 1960 W. Exchange Place, Tucker, GA. 30084 | May | |
| Officer E. McCown | 1960 W. Exchange Place, Tucker, GA. 30084 | May | |
| Officer Johnson | 1960 W. Exchange Place, Tucker, GA. 30084 | May | |
| Officer W.D. Mclaws | 1960 W. Exchange Place, Tucker, GA. 30084 | May | |
| Designated Representative for DeKalb County Police | 1960 W. Exchange Place, Tucker GA 30084 | May | |

| Witness | Address/Contact Information | May or Will Call | Objections |
|---|---|---|---|
| Designated representative DeKalb County District Attorney's Office | 556 N. McDonough St Ste 700 Decatur, GA 30030 | May | |
| Custodian of records for Dekalb County Police Department | 1960 W. Exchange Place Tucker, Georgia 30084 | May | |
| Umesh "Sam" Patel | Contact through defense counsel | May | |
| Ramash Patel | Contact through defense counsel | May | |
| Raman Patel | Contact through defense counsel | May | |
| Apurva Patel | Contact through defense counsel | May | |
| Vinnay Patel | Contact through defense counsel | May | |
| Ritesh Patel | Contact through defense counsel | May | |
| Gandhi Riteshkumar | Contact through defense counsel | May | |
| Patel Rajendrakumar | 4163 Pond Edge Road, Snellville, GA 30039 | May | |
| Vipul M. Thakker | 3515 E. Indian Creek Way, Clarkston, Georgia 30021 (404)291-8330 | May | |
| Hemalkumar Shah | 1014 N. Edgemont Dr. | May | |

4

| Witness | Address/Contact Information | May or Will Call | Objections |
|---|---|---|---|
| | Alpharetta, GA 30009 | | |
| Soillila Esperansa | 1879 Fellowship Road, Apt. B., Tucker, GA 30084 (404)516-1323 | May | |
| Panchal Uma | 3783 Lavista Road, Tucker, Georgia 30084 (404)437-1616 | May | |
| Manharbhai Uma | 3783 Lavista Road, Tucker, Georgia 30084 (404)437-1616 | May | |
| Thakkar Parsh | 3513 E. Indian Creek Way, Clarkston, Georgia 30021 (224)238-9912 | May | |
| Thakkar Jayshree | 3513 E. Indian Creek Way, Clarkston, Georgia 30021 (224)238-9912 | May | |
| Patel Pratima | 351 Hill Crest Avenue, Decatur, GA 30030 (865)221-3021 | May | |
| Carpenter Unique | 1071 Brandon Lane, Stone Mountain, GA (404)399-7847 | May | |
| McPeters Lavida | 711 Cresta Dr. Decatur, GA 30035 | May | |
| Patel Bhavik Shashikant | 2962 Lawrenceville Highway, Tucker, GA 30084 (404)940-2473 | May | |
| Custodian of records for TripAdvisor | Tripadvisor LLC, | May | |

5

| Witness | Address/Contact Information | May or Will Call | Objections |
|---|---|---|---|
| | 400 1st Avenue, Needham, MA 02494, USA | | |
| Custodian of records for Booking.com | Booking.com B.V. Oosterdokskade 163 1011 DL Netherlands  Postbus 1639 1000 BP Netherlands | May | |
| Custodian of records for Hotels.com | Expedia, Inc. 1111 Expedia Group Way W. Seattle, WA 98119 | May | |
| Custodian of records for Reservations.com | Benjamin & Brothers LLC 390 North Orange Avenue, Suite 1605 Orlando, FL 3280 | May | |
| Custodian of records for Expedia | Expedia, Inc. 1111 Expedia Group Way W. Seattle, WA 98119 | May | |
| Custodian of records from Google | Google LLC 1600 Amphitheatre Parkway Mountain View, California 94043 | May | |

| Witness | Address/Contact Information | May or Will Call | Objections |
|---|---|---|---|
| Custodian of records from Agoda | Agoda Company Pte. Ltd., 30 Cecil Street, Prudential Tower #19-08, Singapore 049712<br><br>Agoda International USA LLC,<br>251 Little Falls Drive, Wilmington, DE 19808 New Castle County<br><br>Agoda International USA, LLC<br>c/o United Agent Group Inc.<br>1521 Concord Pike Ste 201<br>Wilmington, DE 19803, New Castle County | May | |
| Custodian of records from the Atlanta Journal-Constitution | 6205 Peachtree Dunwoody Rd.<br>Sandy Springs, GA 30328 | May | |
| Custodian of records from Synxisweb | Sabre Inc.,<br>3150 Sabre Drive<br>Southlake, TX 76092 | May | |
| Custodian of records for other documents produced in | | May | |

| Witness | Address/Contact Information | May or Will Call | Objections |
|---|---|---|---|
| discovery to be supplemented in advance of the final pre-trial | | | |
| Any witness identified on the Defendant's witness list | | May | |
| | | | |