## ATTACHMENT F-2 – DEFENDANT'S WITNESS LIST

| Witness | Address/Contact Information | May or Will Call | Objections |
|---|---|---|---|
| E.M. | Contact through Plaintiff's counsel | May | |
| D.H. | Contact through Plaintiff's counsel | May | |
| T.W. | Contact through Plaintiff's counsel | May | |
| G.W. | Contact through Plaintiff's counsel. | May | |
| E.P. | Contact through Plaintiff's counsel | May | |
| A.J. | Contact through Plaintiff's counsel | May | |
| J.J. | 216 Northern Ave. Avondale Estates, Georgia 30002 | May | |
| T.P. | 4974 Memorial Dr. Stone Mountain, Georgia 30083 | May | |
| Vera Williams | Lee Arrendale State Prison 2030 Gainesville Highway Alto, Georgia 30510 | May | |
| Tonya Harris | 124 Camry Lane SW | May | |

| Witness | Address/Contact Information | May or Will Call | Objections |
|---|---|---|---|
|  | Grayson, Georgia 30017 |  |  |
| Chelsea Lively | 5233 Starling Dr., Apt G Charleston, West Virginia 25306 | May |  |
| Detra Saffo | 2699 Whispering Pine Dr. Montgomery, Alabama 36116 | May |  |
| LaPortia Lang | 3306 Amber Meadow Dr. Katy, Texas 77449 | May |  |
| S.C. | 8189 Mountain Pass Riverdale, Georgia 30274 | May |  |
| Donald E. Dejarnette | 1960 W. Exchange Place Tucker, Georgia 30084 | May |  |
| Erin Gibbs | 1127 3rd Street Stone Mountain, Georgia 30083 | May |  |
| Det. D.M. Wilson | 2484 Bruce Street Lithonia, Georgia 30058 | May |  |
| Sergeant Hubert Brannon | 185 Central Ave SW Atlanta, Georgia 30303 | May |  |
| Detective M. Johnson | 1960 W. Exchange Place Tucker, Georgia 30084 | May |  |
| Detective C.D. King | 120 Henry Pkwy McDonough, Georgia 30253 | May |  |
| Officer Hill | 1960 W. Exchange Place | May |  |

| Witness | Address/Contact Information | May or Will Call | Objections |
|---|---|---|---|
|  | Tucker, Georgia 30084 |  |  |
| Detective K.L. Turner | 2484 Bruce St<br>Lithonia, Georgia 30058 | May |  |
| Sergeant Kennedy | 1960 W. Exchange Place<br>Tucker, Georgia 30084 | May |  |
| Detective Natasha K. Tyner-Edmonson | 1960 W. Exchange Place<br>Tucker, Georgia 30084 | May |  |
| Designated Representative for DeKalb County Police | 1960 W. Exchange Place<br>Tucker, Georgia 30084 | May |  |
| Designated representative DeKalb County District Attorney's Office | 556 N. McDonough St.<br>Suite 700<br>Decatur, Georgia 30030 | May |  |
| Custodian of records for Dekalb County Police Department | 1960 W. Exchange Place<br>Tucker, Georgia 30084 | May |  |
| Umesh "Sam" Patel | Swift Currie McGhee & Hiers | May |  |
| Apurva Patel | Swift Currie McGhee & Hiers | May |  |
| Vinay Patel | Swift Currie McGhee & Hiers | May |  |
| Ramesh Patel | Swift Currie McGhee & Hiers | May |  |
| Raman Patel | Swift Currie McGhee & Hiers | May |  |
| Ghandi Ritesh | Swift Currie McGhee & Hiers | May |  |
| Ritesh Patel | Swift Currie McGhee & Hiers | May |  |
| Designated representative of Tucker Inn, Inc. | Swift Currie McGhee & Hiers | May |  |

3

| Witness | Address/Contact Information | May or Will Call | Objections |
|---|---|---|---|
| Carmen Maxwell | 2505 Club Pl. Duluth, Georgia 30096 | May | |
| Julie Millen | 178 Moury Ave, SW Unit 3509 Atlanta, Georgia 30315 | May | |
| Charles Maxwell | 6464 Chariot St. Atlanta, Georgia 30328 | May | |
| Alexia Barnes | 178 Moury Ave, SW Apt. 3509 Atlanta, Georgia 30315 | May | |
| Tremaine Johnson | 28 Camden Way Fairburn, Georgia 30213 | May | |
| Custodian of records for Grady Memorial Hospital | 80 Jesse Hill Jr. Drive, S.E. Atlanta, Georgia 30303 | May | |
| Kasey McClure, individually, and/or as designated representative of 4Sarah | 293 Fairplay Street Rutledge, Georgia 30663 | May | |
| Custodian of records for Faithbridge Psychological Services, LLC | 2655 Northwinds Parkway Alpharetta, Georgia 30009 | May | |
| Custodian of records for Walmart, Inc. | 702 SW 8th Street Bentonville, Arkansas 72716 | May | |
| Custodian of records for Ridgeview Institute | 3995 South Cobb Drive Smyrna, Georgia 30080 | May | |
| Custodian of records for Children's Healthcare of Atlanta | 1575 Northeast Expressway Atlanta, Georgia 30329 | May | |

| Witness | Address/Contact Information | May or Will Call | Objections |
|---|---|---|---|
| Custodian of records for Piedmont Newnan Hospital | 745 Poplar Road<br>Newnan, Georgia 30265 | May | |
| Custodian of records for IKEA | 441 16th Street<br>Atlanta, Georgia 30363 | May | |
| Custodian of records for Georgia Baptist Children's Home and Family Ministries, Inc. | 505 Waterworks Road<br>Palmetto, Georgia 30268 | May | |
| Custodian of records for Wellspring Living | 1040 Boulevard S.E.<br>Suite M<br>Atlanta, Georgia 30312 | May | |
| Custodian of records for other documents produced in discovery to be supplemented in advance of the final pre-trial conference | | May | |
| Custodian of records for other documents listed by either party as potential trial exhibits | | May | |
| Any witness identified on the Plaintiff's witness list | | May | |
| Any other federal, state, or local law enforcement officials who investigated any crime at the Defendant's property | | | |
| Any and all witnesses necessary to rebut testimony or documents used by Plaintiff in her case-in-chief | | | |

## Defendant's Expert Witness List

Upon prior representation of Plaintiff's counsel, Plaintiff's retained and identifying experts have been withdrawn and no evidence or testimony regarding their opinions in this case will be presented at trial. If Plaintiff's position changes or if evidence of Plaintiff's experts' opinions are introduced purposely or inadvertently at trial, Defendant reserves the right to introduce rebuttal testimony and opinions of the following expert witnesses:

(1) David Prescott, 781 Burnham Dr., Middlebury, VT, 05753; and

(2) Dr. Kimberly Mehlman-Orozco, 15920 Fairway Drive, Montclair, VA 22025.

4856-1303-6000, v. 1