IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **E.M.**<br><br>    Plaintiff(s),<br><br>    v.<br><br><br>**Tucker Inn, Inc.** d/b/a as America's Best Value Inn<br><br>    Defendant(s). | CIVIL ACTION FILE<br>NO. 1:22-cv-2559-WMR |

## AMENDED NOTICE OF HEARING

Notice is hereby given that the Court RESCHEDULES a Pretrial Conference in this case to now occur on Wednesday, October 9, 2024 at 9:30 a.m. before the Honorable William M. Ray, II. The hearing will take place in Courtroom 1705 of the Richard B. Russell Federal Building located at 2211 United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3309.

This 5th day of September, 2024.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE