# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| E.M.,<br><br>     Plaintiff,<br><br>v.<br><br>TUCKER INN INC. d/b/a<br>AMERICA'S BEST VALUE INN,<br><br>     Defendant. | CIVIL ACTION FILE NO.<br><br>1:22-CV-02559-WMR |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing **Defendant Tucker Inn, Inc.'s Fed. R. Civ. P. 68 Offer of Judgment** upon all counsel of record by certified mail, proper postage paid, and email:

Patrick J. McDonough
Trinity Hundredmark
Jonathan S. Tonge
Andersen, Tate, and Carr, P.C.
One Sugarloaf Centre
1960 Satellite Boulevard
Suite 4000
Duluth, GA 30097
pmcdonough@atclawfirm.com
thundred@atclawfirm.com
jtonge@atclawfirm.com

This 16th day of September, 2024.

7

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

*/s/ Kori E. Wagner*
Kori E. Wagner
Georgia Bar No.: 155438
Marissa H. Merrill
Georgia Bar No.: 216039
Tracy A. Gilmore
Georgia State Bar No. 633193
*Attorneys for Defendant Tucker Inn, Inc.*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309
Tel:   404.874.8800
Fax:  404.888.6199
kori.wagner@swiftcurrie.com
marissa.merrill@swiftcurrie.com
tracy.gilmore@swiftcurrie.com

4883-0602-3909, v. 1