IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| E.M.,<br><br>      Plaintiff,<br><br>v.<br><br>TUCKER INN INC. d/b/a<br>AMERICA'S BEST VALUE INN,<br><br>      Defendant. | CIVIL ACTION FILE NO.<br><br>1:22-CV-02559-WMR |

## JOINT NOTICE OF SETTLEMENT

COMES NOW, Plaintiff E.M. and Defendant Tucker Inn, Inc. d/b/a America's Best Value Inn (collectively, the "Parties") and hereby notify this Court that the Parties have reached an agreement to settle the above-styled action. The Parties expect to complete the paperwork necessary to effectuate the settlement within thirty (30) days. Following the execution of the settlement paperwork, Plaintiff will file a Dismissal with Prejudice with the Court.

This 24th day of September, 2024.

| ANDERSEN TATE & CARR, P.C. | SWIFT, CURRIE, McGHEE & HIERS, LLP |
|---|---|
| */s/ Jonathan S. Tonge*<br>Jonathan S. Tonge (*with express permission by Kori E. Wagner*)<br>Georgia Bar No. 303999 | */s/ Kori E. Wagner*<br>Kori E. Wagner<br>Georgia Bar No. 155438 |

| | |
|---|---|
| Patrick J. McDonough | Marissa H. Merrill |
| Georgia Bar No. 489855 | Georgia Bar No. 216039 |
| Trinity Hundredmark | Tracy A. Gilmore |
| Georgia Bar No. 140808 | Georgia Bar No. 633193 |
| Andersen, Tate and Carr, P.C. | 1420 Peachtree St. NE |
| One Sugarloaf Centre | Suite 800 |
| 1960 Satellite Boulevard | Atlanta, GA 30309 |
| Suite 4000 | Kori.wagner@swiftcurrie.com |
| Duluth, GA 30097 | Marissa.merrill@swiftcurrie.com |
| pmcdonough@atclawfirm.com | Tracy.gilmore@swiftcurrie.com |
| thundred@atclawfirm.com | *Counsel for Defendant* |
| jtonge@atclawfirm.com | |
| *Counsel for Plaintiff* | |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to LR 7.1(D) of the Northern District of Georgia, I hereby certify that this document was prepared in Times New Roman font, 14 point, pursuant to LR 5.1(C).

This 24th day of September, 2024.

        **SWIFT, CURRIE, McGHEE & HIERS, LLP**

        */s/ Kori E. Wagner*
        Kori E. Wagner
        Georgia Bar No. 155438
        *Attorney for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3231
Tel:   (404) 874-8800
kori.wagner@swiftcurrie.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have this day electronically filed the foregoing *Joint Notice of Settlement* with the Clerk of Court using the CM/ECF System which will notify counsel of record as follows:

Patrick J. McDonough
Trinity Hundredmark
Jonathan S. Tonge
Andersen, Tate, and Carr, P.C.
pmcdonough@atclawfirm.com
thundred@atclawfirm.com
jtonge@atclawfirm.com
*Attorneys for Plaintiff*

This 24th day of September, 2024.

**SWIFT, CURRIE, McGHEE & HIERS, LLP**

*/s/ Kori E. Wagner*
Kori E. Wagner
Georgia Bar No. 155438
*Attorney for Defendant*

1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3231
Tel: (404) 874-8800
kori.wagner@swiftcurrie.com

4881-7412-7593, v. 1