IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| E.M., | : | |
|    Plaintiff, | : | |
| | : | CIVIL ACTION FILE NO. |
| v. | : | 1:22-cv-02559-WMR |
| | : | |
| TUCKER INN, INC., d/b/a, | : | |
| AMERICA'S BEST VALUE INN, | : | |
| | : | |
|    Defendant. | : | |

## STIPULATION OF DISMISSAL

Plaintiff E.M., and Defendant Tucker Inn, Inc., d/b/a America's Best Value Inn have reached an agreement resolving all claims in this matter. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal of all claims with prejudice.

Respectfully submitted this 17th day of October, 2024.

| ANDERSEN TATE & CARR, P.C. | SWIFT, CURRIE, McGHEE & HIERS, LLP |
|---|---|
| **/s/ Jonathan S. Tonge** | **/s/ Kori E. Wagner** |
| Patrick J. McDonough | Kori E. Wagner |
| Georgia Bar No. 489855 | Georgia Bar No. 155438 |
| Trinity Hundredmark | Marissa H. Merrill |
| Georgia Bar No. 140808 | Georgia Bar No. 216039 |
| Jonathan S. Tonge | Tracy A. Gilmore |
| Georgia Bar No. 303999 | Georgia Bar No. 633193 |
| Andersen, Tate and Carr, P.C. | 1420 Peachtree St. NE |
| One Sugarloaf Centre | Suite 800 |

| | |
|---|---|
| 1960 Satellite Boulevard | Atlanta, GA 30309 |
| Suite 4000 | Kori.wagner@swiftcurrie.com |
| Duluth, GA 30097 | Marissa.merrill@swiftcurrie.com |
| pmcdonough@atclawfirm.com | Tracy.gilmore@swiftcurrie.com |
| thundred@atclawfirm.com | *Counsel for Defendant* |
| jtonge@atclawfirm.com | |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

Respectfully submitted this 17th day of October, 2024.

                        ANDERSEN, TATE & CARR, P.C.

                        ***/s/ Jonathan S. Tonge***
                        PATRICK J. MCDONOUGH
                        Georgia Bar No. 489855
                        pmcdonough@atclawfirm.com
                        TRINITY S. HUNDREDMARK
                        Georgia Bar No. 140808
                        thundred@atclawfirm.com
                        JONATHAN S. TONGE
                        Georgia Bar No. 303999
                        jtonge@atclawfirm.com
                        JENNIFER M. WEBSTER
                        Georgia Bar No. 760381
                        jwebster@atclawfirm.com
                        *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

Kori E. Wagner
Georgia Bar No. 155438
Marissa H. Merrill
Georgia Bar No. 216039
Tracy A. Gilmore
Georgia Bar No. 633193
1420 Peachtree St. NE
Suite 800
Atlanta, GA 30309
Kori.wagner@swiftcurrie.com
Marissa.merrill@swiftcurrie.com
Tracy.gilmore@swiftcurrie.com

Respectfully submitted this 17th day of October, 2024.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jonathan S. Tonge*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
TRINITY S. HUNDREDMARK
Georgia Bar No. 140808
thundred@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER

                                    Georgia Bar No. 760381
                                    jwebster@atclawfirm.com
                                    *Attorneys for Plaintiff*

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 236-9784 | Facsimile