**swift/currie**                                     ATLANTA / BIRMINGHAM

March 3, 2025

Courtroom Deputy Clerk for the
Honorable William M. Ray II
1721 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA  30303-3309

   **Re:** *E.M. v. Tucker Inn Inc. d/b/a America's Best Value Inn*
     **USDC; Northern District; Atlanta Division**
     **Civil Action File No.: 1:22-cv-02559-WMR**

Dear Sir/Madam:

 I am counsel for Defendant Tucker Inn Inc. d/b/a America's Best Value Inn in the above-styled action and pursuant to Local Rule 83.1.E(3), I am writing to request that said case not be calendared during the aforesaid period.

- May 1-2, 2025;
- July 2-3, 21-25, 2025;
- August 13-15, 2025;
- September 2-5, 2025;
- November 26, 28, 2025; and
- December 5, 23-24, 26, 29, 2025.

 By copy of this letter, I am informing opposing counsel of my request for a leave of absence.  I understand that I am not relieved from other deadline requirements absent the Court's approval.

            Sincerely,

            SWIFT, CURRIE, MCGHEE & HIERS, LLP

            Marissa H. Merrill

MHM/PLM

Encl.

cc: All Counsel of Record (via the CM/ECF system)

4880-5618-0139, v. 2